NUMBER 13-03-253-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________


JAMES INGERHAM , Appellant,



v.




THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 197th District Court 

of Cameron County, Texas.

_______________________________________________________________



MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam



 Appellant, JAMES INGERHAM , perfected an appeal from a judgment entered by the 197th District Court
of Cameron County, Texas, in cause number 98-CR-1467-C . Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the
appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 12th day of June, 2003 .